UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-065-TRM-CHS-2 |
| | ) | No. 1:21-cr-064-TRM-CHS-1 |
| BRANDON CANNON | ) | |

## MEMORANDUM AND ORDER

Defendant Brandon Cannon appeared for a hearing on October 23, 2024, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition and Order for Warrant for an Offender Under Supervision ("Amended Petition") in the above matters [Doc. 85 in Case No. 1:19-cr-065-TRM-CHS-2; and Doc. 57 in Case No. 1:21-cr-064-TRM-CHS-1]. Defendant had been previously appointed counsel and waived any preliminary and detention hearings on the original Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Amended Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Amended Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE